KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
Attorney for Madison Realty Capital, L.P.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :

In re                                          :        Chapter 11

AMAGANSETT COMMONS, LLC,        :        Case No. 11-73928-ast

                        Debtor(s).     :        Hon. Alan S. Trust
-------------------------------------------------------------X        United States Bankruptcy Judge

**NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN LLP AS ATTORNEYS FOR MADISON REALTY CAPITAL, L.P., FSB PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002**

TO:    SEE ATTACHED SERVICE LIST

      **NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that the Law Office of Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of Madison Realty Capital, L.P., creditor of the above named debtor and interested party to this bankruptcy case.

      **NOTICE IS FURTHER GIVEN,** that pursuant to the Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

Kriss & Feuerstein LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of application, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtors or debtors in possession, or the property of such debtors or the debtors' estate.

Dated: New York, New York
June 2, 2011

                                              KRISS & FEUERSTEIN LLP
                                              Attorneys for Madison Realty Capital, L.P.

                                              By: /s/ Jerold C. Feuerstein
                                                  Jerold C. Feuerstein (JCF 9829)
                                            360 Lexington Avenue, Suite 1200
                                            New York, New York 10017
                                            (212) 661-2900

TO:

**John P. Campo, Esq.**
*Attorney for Debtor*
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
John.Campo@troutmansanders.com

**United States Trustee**
*U.S. Trustee*
Long Island Federal Courthouse
560 Federal Plaxa, Room 560
Central Islip, New York 11722
USTPRegion02.LI.ECF@USDOJ.GOV